

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00035-CV

RR ROYAL RANCH COMPANY, A TEXAS CORPORATION,
AND ALL OTHER OCCUPANTS OF 4802 MINERAL WELLS HIGHWAY,
WEATHERFORD, TEXAS 76088, APPELLANT

V.

SAPH, LLC, A TEXAS LIMITED LIABILITY COMPANY, APPELLEE

On Appeal from the County Court at Law No. 1
Parker County, Texas
Trial Court No. CA-15-016, Honorable Jerry Buckner, Presiding

April 21, 2016

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant RR Royal Ranch Company, a Texas corporation, and all other occupants of 4802 Mineral Wells Highway, Weatherford, Texas 76088, filed a notice of appeal on December 8, 2015. On February 10, 2016, the district clerk notified us by letter that RR Royal Ranch had not paid or made arrangements to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). By letter of February 26, we directed RR Royal Ranch to make payment arrangements acceptable to the district clerk by March 4.

Failure to do so, we advised, would subject the appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). RR Royal Ranch did not make arrangements to pay for the clerk's record by this deadline. By letter of April 7, we again ordered RR Royal Ranch to make payment arrangements for the clerk's record by April 18, and advised RR Royal Ranch we would dismiss the appeal for want of prosecution if it failed to do so.

To date, RR Royal Ranch has not made payment arrangements for the clerk's record. The appeal is therefore dismissed for want of prosecution and failure to comply with requirements of the appellate rules and this Court's order. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Finally, the pending motion of counsel for RR Royal Ranch to withdraw is granted. Within five days of the date of this opinion, counsel shall comply with the requirements of Appellate Rule 6.5(c). TEX. R. APP. P. 6.5(c).

James T. Campbell
Justice